# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LISA A. WHITE-WILEY                                          PLAINTIFF

v.                        No. 5:18-cv-298-DPM

EVERGREEN PACKAGING, INC.;
and VAN HENDRY                                              DEFENDANTS

## ORDER

The Arkansas Minimum Wage Act considers anyone who acts directly or indirectly in an employer's interest in relation to an employee to also be an employer. ARK. CODE ANN. § 11-4-203(4)(A). Evergreen employed White-Wiley. For a time, Hendry was an Evergreen manager. Notwithstanding Elmore's declaration about the limited scope of Hendry's authority and actions, White-Wiley's allegations provide a reasonable basis for a non-frivolous claim that the Act covers him, too. *Filla v. Norfolk Southern Railway Co.*, 336 F.3d 806, 811 (8th Cir. 2003). His presence destroys complete diversity. The motion to remand, № 6, is therefore granted. The motion to dismiss and plead more clearly remains for the state court. The case is remanded to the Circuit Court of Jefferson County, Arkansas. 28 U.S.C. § 1447(c).

So Ordered.

*N.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2019